The act in question was held unconstitutional by the honorable Court of Civil Appeals at Dallas, Tex., in July, 1922, in the case of Lossing v. Hughes, No. 8856, 244 S. W. 556, which we have not yet seen in print.

For the reasons mentioned, the contention of relator is upheld, and his discharge is ordered.

---

### Ex parte WOFFORD. (No. 6896.)

(Court of Criminal Appeals of Texas. Feb. 14, 1923.)

Original habeas corpus proceeding by Ed. Wofford. Relator discharged.

Love & Rutledge, of Dallas, for appellant.
R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. This is a companion case to Ex parte J. H. Faison (No. 6895) 248 S. W. 343, this day decided, and, for the reasons therein set forth, the prayer of relator is granted, and it is ordered that he be discharged.